UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 7 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| TERMAIN DURELL MOORE, | ) | **4:14CR00265 ERW/NCC** |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about June 22, 2014, in the City of St. Louis within the Eastern District of

Missouri,

**TERMAIN DURELL MOORE,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which

he was lawfully confined by the direction of the Attorney General of the United States by virtue

of a judgment and commitment of the United States District Court for the Southern District of

Illinois upon the felony conviction in Cause No. 13-30016-001, for the offense of Felon in

Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.


_____

FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


_____

Thomas J. Mehan #28958MO
Assistant United States Attorney